# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHESTER E. BATES**                                    **PLAINTIFF**

v.                      No. 4:20-cv-813-DPM

**WRIGHT MEDICAL TECHNOLOGY, INC.**           **DEFENDANT**

## JUDGMENT

Bates's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2021